

ORDERED in the Southern District of Florida on November 24, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In Re: | Bankruptcy Case No. 14-27551-LMI |
|---|---|
| Gloria M. Brissett, | Chapter: 7 |
| Debtor. | |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

**THIS CAUSE** came before the Court on the Motion for Relief from the Automatic Stay (Docket No. 18) filed by Nationstar Mortgage, LLC (the "Movant"), as Servicer for Deutsche Bank National Trust Company, as Trustee for the Certificateholders of Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-AR1 (the "Secured Creditor"). The motion was served upon all interested parties with the Local Rule 4001-1(C) negative notice legend informing the parties of their opportunity to object within 14 days of the date of service. No party filed an objection within the time period. Therefore, the Court considers the matter to be unopposed.

Debtor Gloria M. Brissett filed this Chapter 7 Petition on August 4, 2014. The Secured Creditor holds a security interest in the Debtors' real property located at 290 174th Street Unit 308, North Miami Beach, Florida 33160, pursuant to a first Mortgage and Note.

Accordingly, it is **ORDERED** and **ADJUDGED**:

1. Secured Creditor's Motion for Relief from the Automatic Stay is **GRANTED**.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated with respect to the real property located at 290 174th Street Unit 308, North Miami Beach, Florida 33160 (the "Collateral"), legally described as:

   **UNIT NO. 308 OF WINSTON TOWERS 700 CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 10939, AT PAGE 2094, THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA.**

3. This automatic stay is modified for the sole purpose of allowing the Secured Creditor to complete *in rem* relief to take any and all necessary steps necessary to exercise and any all rights it may have in the Collateral, to gain possession of the Collateral, to have such other and further *in rem* relief as is just, but the Secured Creditor shall not obtain *in personam* relief against the Debtor.

###

Submitted by:

/s/ Thomas C. Cifelli
Thomas Catlett Cifelli, Esq.
Weinstein, Pinson and Riley, P.S.
14 Penn Plaza, Suite 1407
New York, NY 10122
Telephone: (212)-268-5540
E-mail: ThomasC@w-legal.com
Attorney for Secured Creditor
Florida Bar No. 0105809


Thomas C. Cifelli, Esq., is directed to serve copies of this Order on the parties listed below and file a certificate of service:


*Debtor*
**Gloria M. Brissett**
290 174th Street #308
Sunny Isles Beach, FL 33160

*Attorney for Debtor*
**Trang K. Goebel & James S. Mills**
150 N. Orange Ave., Suite 100
Orlando, FL 32801

*Trustee*  
**Barry E. Mukamal**  
KapilaMukamal LLP  
1 SE 3 Avenue Ste 2150  
Box 158  
Miami, FL 33131

*U.S. Trustee*  
**Office of the US Trustee**  
51 S.W. 1st Ave.  
Suite 1204  
Miami, FL 33130